IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-436-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**JEFFREY DORSEY,**

          Defendant.

---

## ORDER TRANSFERRING JURISDICTION

Kane, J.

The Unopposed Motion to Transfer Jurisdiction Over Defendant on Supervised Release (doc. #9), filed February 13, 2013, is **GRANTED**. Jurisdiction of this case is **TRANSFERRED** to the United States District Court for the Western District of Washington.

Dated this 13th day of February, 2013.

          BY THE COURT:

          *s/John L. Kane*
          John L. Kane, Senior Judge
          United States District Court